In the Matter of the Resignation of Hon. WILLIAM D. DICKEY, as Official Referee.— Resignation accepted, to take effect May 1, 1921. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of ELLIS G. KINKEAD for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application and Petition of SETH LOW and Others, Relative to Acquiring Rights, Easements, etc., under Fulton Street and Other Streets, for Subway Purposes, in the Borough of Brooklyn. NATIONAL CITY BANK OF BROOKLYN and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion granted to the extent of requiring the city to furnish three typewritten copies of the evidence taken in the condemnation proceedings, from which the appellants will be at liberty to prepare their case for record on appeal, subject to the rules of this court, without costs of this motion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of THOMAS E. SULLIVAN for Admission to the Bar. (From the State of Maine.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of LOUIS TYROLER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of SPIER WHITAKER for Admission to the Bar. (From the State of Alabama.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

THOMAS KENNEDY, Respondent, v. THOMAS F. GILLEN COMPANY, INC., Appellant.— Motions denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

FRANK A. LINCOLN, Respondent, v. " JOHN " R. MILLER, Appellant.— Motion granted on condition that appellant perfect the appeal, place the cause on the calendar for Monday, February 28, 1921, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

ALBERT MEYER, Appellant, v. MARY MEYER and LINCOLN SAVINGS BANK, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.